IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 23-93-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MARILEE DAWN HOFFMAN, | |
| Defendant. | |

Upon the United States' Motion to Dismiss Counts 3 and 4 of the Indictment with Prejudice (Doc. 46), and for good cause shown,

IT IS HEREBY ORDERED that Counts 3 and 4 of the Indictment are **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this ___1st___ day of August, 2024.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge

1